**Mark W. Swimelar**
**STANDING CHAPTER 12 & 13 TRUSTEE**
**250 South Clinton Street**
**2nd Floor**
**SYRACUSE, NEW YORK 13202**

**TELEPHONE: (315)471.1499**
**FAX: (315)471.4811**

LYNN HARPER WILSON                                                            MAXSEN CHAMPION
STAFF ATTORNEY                                                               STAFF ATTORNEY

June 2, 2011

Clerk - Bankruptcy Court
100 South Clinton St. Rm 315
PO Box 7008
Syracuse, NY 13261

RE:    06-33703 Vigliotti

Dear Clerk:

Enclosed please find check #828137in the amount of $55.59 Pursuant to the order of
confirmation, we have been collecting funds for a creditor in this case and have
attempted to distribute funds. The creditor has failed to cash checks. All attempts to
contact and forward checks have been unsuccessful. The creditor name and address as
listed on the proof of claim is as follows:

Claim No.006

Acct#                     Name          Neri Law Offices
                          Address       217 Montgomery St. #1200
                          Address       Syracuse, NY 13202-1937

Please deposit this check in the Unclaimed Funds Account for the above named creditor.
If you have any questions, please advise.

Very truly yours,

Kristie M Moore

Kristie M. Moore
Account Clerk

**FILED**
JUN -3 2011
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

Enc.